# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>APP Winddown, LLC, *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 16-12551 (BLS)<br><br>(Jointly Administered) |
| APP Winddown, LLC, *et al.*,<br>            Plaintiff,<br><br>vs.<br><br>Defendants Listed on Exhibit "A",<br>            Defendants. | Adv. No. See Exhibit "A" |

## CERTIFICATE OF SERVICE

I, Brigette G. McGrath, hereby certify that on April 16, 2018, a copy of

1. *Notice of Agenda of Matters Scheduled for Hearing on April 18, 2018 at 10:30 A.M. (Eastern Time);*

2. *Order Establishing Streamlined Procedures Governing Adversary Proceedings with Total in Controversy Less Than or Equal to $75,000.00 Brought by Plaintiff Pursuant to Sections 502, 547, 548, 549 and 550 of the Bankruptcy Code; and*

3. *Order Establishing Streamlined Procedures Governing Adversary Proceedings with Total in Controversy Greater Than $75,000.00 Brought by Plaintiff Pursuant to Sections 502, 547, 548, 549 and 550 of the Bankruptcy Code.*

---

[1] The Debtors are the following six entities (the last four digits of their respective taxpayer identification numbers follow in parentheses): APP Winddown, LLC (f/k/a American Apparel, LLC) (0601); APP USA Winddown, LLC (f/k/a American Apparel (USA), LLC) (8940); APP Retail Winddown, Inc. (f/k/a American Apparel Retail, Inc.) (7829); APP D&F Winddown, Inc. (f/k/a American Apparel Dyeing & Finishing, Inc.) (0324); APP Knitting Winddown, LLC (f/k/a ICCL Knitting, LLC) (9518); and APP Shipping Winddown, Inc. (f/k/a Fresh Air Freight, Inc.) (3870). The address of each of the Debtors is 107 Millcreek Corners, Ste B, P.O. Box 5129, Brandon, MS 39047.

were caused to be served via first class mail to those parties listed on the attached service list.

Dated: April 17, 2018

**ASK LLP**

*/s/ Brigette G. McGrath*
Brigette G. McGrath, Esq. NY SBN 4962379
Joseph L. Steinfeld, Jr., Esq.
2600 Eagan Woods Drive, Suite 400
St. Paul, MN  55121
Telephone: (651) 406-9665
e-mail: bmcgrath@askllp.com

*-and-*

Edward E. Neiger, Esq.
151 West 46th Street, 4th Fl.
New York, NY  10036
Telephone: (212) 267-7342
E-mail: eneiger@askllp.com

*-and-*

**BLANK ROME LLP**
Stanley B. Tarr (#5535)
Victoria A. Guilfoyle (#5183)
1201 Market Street, Suite 800
Wilmington Delaware 1980
Telephone: (302) 425-6479
E-mail: tarr@blankrome.com
         guilfoyle@blankrome.com

*-and-*

**CONNOLLY GALLAGHER LLP \*\***
N. Christopher Griffiths (#5180)
Kelly M. Conlan (#4786)
The Brandywine Building
1000 West Street, Suite 1400
Wilmington Delaware 19801-1671
Telephone: (302) 888-6313
Email: cgriffiths@connollygallagher.com
         kconlan@connollygallagher.com

*-and-*

**Gellert Scali Busenkell & Brown, LLC \*\*\***
Ronald S. Gellert (DE 4259)
1201 N. Orange Street, Suite 300
Wilmington, DE 19801
Telephone: (302) 425-5800
Fax: (302) 425-5814
Email: rgellert@gsbblaw.com

*Counsel for APP Winddown, LLC, et al.*

# Exhibit "A"

| Defendant Name | Adversary Number |
|---|---|
| 24 Seven Staffing, LLC fdba 24 Seven Staffing, Inc. | 18-50050 |
| 704 Broadway Realty LLC | 18-50011 |
| ABL Logistics Group, LLC | 18-50012 |
| Adams & Sons Transportation, Inc. | 18-50051 |
| Affiliate Traction | 18-50013 |
| Aksarben Engineering LLC | 18-50053 |
| American National Facilities Management | 18-50054 |
| Anaya's Cutting, Inc. | 18-50055 |
| Andari Fashion Inc. | 18-50056 |
| Artex Knitting Mills, Inc. | 18-50014 |
| Arthur Cox; and Bank of Ireland | 18-50015 |
| Asiana Express Corp. | 18-50016 |
| Atomic Elevator | 18-50057 |
| Baleen, Limited | 18-50017 |
| Best Button & Trim, Inc. | 18-50058 |
| Boa Logistics, LLC | 18-50059 |
| Bobco Metals, LLC | 18-50018 |
| Budget Rent A Car Systems, Inc. | 18-50060 |
| C.R. & A. Custom Apparel Inc. | 18-50061 |
| Career Group, Inc. | 18-50062 |
| Cervantes Cutting and Fusing, Inc. | 18-50019 |
| CEVA Freight, LLC | 18-50064 |
| ChannelAdvisor Corporation | 18-50065 |
| Chito's Cutting, Inc. | 18-50020 |
| Continental Knits, Inc. | 18-50066 |
| Curvature LLC fdba SMS Systems Maintenance Services, Inc. | 18-50022 |
| CyberSource Corporation | 18-50069 |
| CyberSurance, Inc. | 18-50070 |
| Decision Data Corporation | 18-50071 |
| DFM Group, LLC | 18-50023 |
| Diane L. Gatterdam | 18-50024 |
| DJ Laundering Inc. | 18-50072 |
| E & C Fashion, Inc. | 18-50074 |
| ExactTarget, Inc. | 18-50025 |
| Extole, Inc. | 18-50076 |
| Facebook, Inc. | 18-50026 |
| Fantasy Activewear, Inc. | 18-50077 |

| | |
|---|---|
| FedEx Corporation dba FEDEX Parcel ** | 18-50084 |
| FedEx Trade Networks Transport & Brokerage, Inc. ** | 18-50086 |
| FleetCor Technologies Operating Company, LLC dba Universal Fleet Card | 18-50078 |
| Freightsaver.com, LLC; and Advance Business Capital LLC dba Triumph Business Capital | 18-50079 |
| Garden City Group, LLC ** | 18-50091 |
| GGFB, LLC dba Golden Green | 18-50081 |
| Google LLC fdba Google, Inc. *** | 18-50009 |
| GT Lawyers | 18-50027 |
| H2X LLC | 18-50028 |
| Homegrown For Good, LLC | 18-50029 |
| Intex Active Wear, Inc. | 18-50082 |
| i-parcel, LLC | 18-50083 |
| Jalisco's Apparel, Inc. | 18-50085 |
| JaxKelly dba Jax Kelly Inc. | 18-50030 |
| Jiangsu James Textile Co., Ltd | 18-50031 |
| Jones Sign Co., Inc. | 18-50087 |
| JS Apparel, Inc. | 18-50088 |
| K & P Company | 18-50089 |
| Lee & Ko lP | 18-50032 |
| Lfs, Inc. | 18-50090 |
| Logility, Inc. | 18-50092 |
| Loyal Textile Mills Ltd | 18-50033 |
| Made Well LA, LLC | 18-50093 |
| Marcum LLP | 18-50034 |
| Microsoft Corporation | 18-50094 |
| Microsoft Online, Inc. | 18-50095 |
| Mustafa Sabri Unluturk | 18-50035 |
| Navivision LLC | 18-50097 |
| Needle, Inc. | 18-50098 |
| Neman Brothers & Assoc., Inc. | 18-50100 |
| Orta Anadolu | 18-50101 |
| Outbrain Inc. | 18-50037 |
| Paul's Cutting & Fusing, Inc. | 18-50038 |
| PCI & Associates | 18-50102 |
| Pepperjam LLC ** | 18-50096 |
| Pinkerton Consulting & Investigations Inc. | 18-50039 |
| Pinnacle Claims Management, Inc. | 18-50040 |
| Prosperity Textile (USA), Inc. | 18-50041 |

| | |
|---|---|
| Quadrant 4 System Corporation fdba Quadrant 4 Solutions, Inc. | 18-50103 |
| R & R Textile, LLC | 18-50106 |
| Regency Meridian, LLC | 18-50107 |
| Retail Information Systems, Inc. | 18-50108 |
| Ricoh USA, Inc. ** | 18-50099 |
| Safety Building Cleaning Corp. | 18-50109 |
| Shai-Tex Inc. | 18-50110 |
| Silla America, Inc. | 18-50111 |
| Springwise Facility Management, Inc. | 18-50112 |
| SPS Commerce, Inc. | 18-50113 |
| Stericycle Environmental Solutions, Inc. | 18-50114 |
| Sunteck Transport Co., LLC. fdba Sunteck Transport Co., Inc. | 18-50043 |
| Tabor Storage Solutions LLC | 18-50115 |
| TagTime USA, Inc. | 18-50116 |
| Technical Connections, Inc. | 18-50117 |
| TEKsystems, Inc. | 18-50118 |
| The Coca-Cola Company dba Coke Promotions ** | 18-50104 |
| To Plus Alpha Inc. | 18-50119 |
| Todd Kirshenbaum, Inc. dba Westside Connect | 18-50044 |
| TPx Communications fdba TelePacific Communications | 18-50120 |
| Trigen Int'l. Inc. | 18-50121 |
| Tri-Star Dyeing & Finishing, Inc. | 18-50122 |
| Trump Card California, LLC fdba Trump Card California, Inc. | 18-50123 |
| Uline, Inc. | 18-50124 |
| V.K. Cutting Service, Inc. | 18-50126 |
| Vaco Los Angeles, LLC | 18-50045 |
| Val Tod Katz | 18-50127 |
| Valencia's Cutting Service, Inc. | 18-50046 |
| Vefa (Shanghai) Textile Co., Ltd. | 18-50047 |
| Victory Road International, Inc. | 18-50048 |
| Visionet Systems Inc. | 18-50128 |
| Wellensiek Rechtsanwalte | 18-50049 |
| Wonjoon Kim | 18-50129 |
| Yelp Inc. ** | 18-50105 |

\* 109 Adversary Proceedings

Gregory Hauswirth, Esq.
Leech Tishman Fuscaldo & Lampl, LLC
1007 N. Orange Street, 4th Floor
Wilmington, Delaware 19801

Patrick W. Carothers, Esq.
Leech Tishman Fuscaldo & Lampl, LLC
525 William Penn Place, 28th Floor
Pittsburgh, Pennsylvania 15219

Lauren B. Irby, Esq.
Olshan Frome Wolosky LLP
1325 Avenue of the Americas
New York, New York 10019

Ned Currie, Officer
ABL Logistics Group, LLC
1427 Nugget Place
The Villages, Florida 32163

Robbin Itkin, Esq.
Liner LLP
1100 Glendon Avenue, 14th Floor
Los Angeles, California 90024-3518

Toliver C. Adams, RegAgt/CEO
Adams & Sons Transportation, Inc.
7101 Cate Drive
Buena Park, California 90621

Greg Shepard, RegAgt/CEO
Affiliate Traction
2125 Delaware Avenue
Suite E
Santa Cruz, California 95060

Robert Ostronic, RegAgt/Officer
Aksarben Engineering
6602 123rd Avenue NE
Kirkland, Washington 98033

Bruce McCullough, Esq.
Bodell Bove, LLC
1225 N. King Street, Suite 1000
P.O. Box 397
Wilmington, Delaware 19899

Martin Anaya, RegAgt/Owner
Anaya's Cutting, Inc.
3130 Leonis Boulevard, #204
Vernon, California 90058

Lawrence J. Kotler, Esq.
Duane Morris LLP
1100 North Market Street, Suite 1200
Philadelphia, Pennsylvania 19801

Bank of Ireland
39 St. Stephens Green
Dublin 2,  D02 HF62

Brian O'Gorman, Managing Partner
Arthur Cox
Ten Earlsfort Terrace
Dublin 2,  D02 T380

Lee Soo Kim, CEO/President
Asiana Express Corp.
1415 Torrance Boulevard
Torrance, California 90501

Atomic Elevator
1049 Newhall Street
Glendora, California 91741

Aditi Paranjpye, Esq.
Bush Kornfeld LLP
601 Union Street, Suite 5000
Seattle, Washington 98101

Jamie L. Edmonson, Esq.
Venable LLP
1201 North Market Street, Suite 1400
Wilmington, Delaware 19801

Michael D. Hamersky, Esq.
Griffin Hamersky LLP
420 Lexington Avenue, Suite 400
New York, New York 10170

Heather McCormick, Esq.
Credo LLP
240 South Jackson Street, Suite 310
Glendale, California 91205

Stephan Milo, Esq.
Wharton Aldhizer & Weaver PLC
100 S. Mason Street
P.O. Box 20028
Harrisonburg, Virginia 22801-7528

Reginald Sainvil, Esq.
Reed Smith LLP
225 Fifth Avenue
Pittsburgh, Pennsylvania 15222

Carmen Iris Rad, RegAgt/Officer
C.R. & A. Custom Apparel Inc.
312 West Pico Boulevard
Los Angeles, California 90015

Mario Cervantes, RegAgt/Officer
Cervantes Cutting and Fusing, Inc.
2500 East 55th Street
Huntington Park, California 90255

Melissa Giberson, Esq.
Vorys, Sater, Seymour and Pease LLP
52 East Gay Street
P.O. Box 1008
Columbus, Ohio 43215

Charles N. Anderson, Jr.
Ellis & Winters LLP
4131 Parklake Avenue, Suite 400
Raleigh, North Carolina 27612

Adan Ocegueda, RegAgt/Officer
Chito's Cutting, Inc.
1423 East Adams Blvd., #A
Los Angeles, California 90011

Elizabeth L. Janczak, Esq.
Freeborn & Peters LLP
311 South Wacker Drive, Suite 3000
Chicago, Illinois 60606

Patrick G. Barry, Esq.
Curvature, General Counsel
10420 Harris Oaks Boulevard, Suite C
Charlotte, North Carolina 28269

Gary Kaplan, Esq.
Farella Braun + Martel LLP
235 Montgomery St. Russ Bldg.
San Francisco, California 94104

Heidi Hohler
The Law Office of Heidi Hohler
30423 Canwood Street, Suite 203
Agoura Hills, California 91301

Daniel Shields, CEO
Decision Data Corporation
538 Spruce Street, #530
Scranton, Pennsylvania 18503

Officer/Managing Agent
DFM Group, LLC
910 S. Broadway, Floor 3
Los Angeles, California 90015

Diane L. Gatterdam
666 Greenwich Street, Apartment 458
New York, New York 10014-6332

Farzad Labib, RegAgt/President
DJ Laundering Inc.
710 West 58th Street
Los Angeles, California 90037

Joon M. Khang, Esq.
Khang & Khang LLP
4000 Barranca Parkway, Suite 250
Irvine, California 92604

Officer, Managing or General Agent
EPS CP LLC dba Coke Promotions
6320 Canoga Avenue
15th Floor
Woodlands Hill, California 91367

Gaye Nell Heck, Esq.
Bialson, Bergen & Schwab, PC
633 Menlo Avenue, Suite 100
Menlo Park, California 94025

Matthew Roche, CEO
Extole, Inc.
625 2nd Street, Suite 101
San Francisco, California 94107

David Serepca, Esq.
McMahon Serepca LLP
985 Industrial Road, Suite 201
San Carlos, California 94070

Anwar Gajiani, RegAgt/CEO
Fantasy Activewear Inc.
5383 Alcoa Avenue
Vernon, California 90058

Michael Siedband, Esq.
FedEx Express, Litigation
3620 Hacks Cross Road
Building B, 3rd Floor
Memphis, Tennessee 38125-8800

Thomas C. Quinlen, Esq.
FedEx Trade Networks, Inc.
6075 Poplar Avenue, Suite 300
Memphis, Tennessee 38119

Steve Pisciotta, Treasurer
FleetCor Technologies Operating Company,
LLC dba Universal Fleet Card
1001 Service Road East
Highway 190, Suite 200
Covington, Louisiana 70433

Ryan Renne, CEO
Freightsaver.com, LLC
6881 Turf Drive
Huntington Beach, California 92648

Steve Hausman, President
Advance Business Capital LLC dba
Triumph Business Capital
701 Canyon Drive
Suite 100
Coppell, Texas 75019

Garvan McDaniel, Esq.
Hogan McDaniel
1311 Delaware Avenue
Wilmington, Delaware 19806

Jeffrey R. Gleit, Esq.
Sullivan & Worcester LLP
1633 Broadway
New York, New York 10019

Raymond H. Aver, Esq.
Aver Law Firm
10801 National Boulevard, Suite 100
Los Angeles, California 90064

Sundar Pichai, CEO
Google LLC fdba Google, Inc.
1600 Amphitheatre parkway
Mountain View, California 94043

Preston Delashmit, Esq.
Delashmit Law Firm LLC
975 Cobb Place Boulevard, Suite 101
Kennesaw, Georgia 30144

Timohty Gibb, CEO
Homegrown For Good, LLC
29 Beechwood Avenue
New Rochelle, New York 10801

Intex Active Wear, Inc.
17155 Margay Ave
Carson, California 90746

i-parcel, LLC
45 Fernwood Avenue
Edison, New Jersey 8837

Sergio Orozco, RegAgt/Officer
Jalisco's Apparel, Inc.
8611 Otis Street
Southgate, California 90280

Kelly Decker, RegAgt/Officer
JaxKelly dba Jax Kelly Inc.
2555 State Street
San Diego, California 92101

Officer/Managing Agent
Jiangsu James Textile Co., Ltd
88 Henglian Road, Haian, Nantong,
Jiangsuhina,

John Mortensen, RegAgt/President
Jones Sign Co., Inc.
1711 Scheuring Road
De Pere, Wisconsin 54115

Ki S. Kim, RegAgt/Officer
JS Apparel, Inc.
1751 E. Del Amo Boulevard
Carson, California 90746

Sakshi Saxena, Officer
K & P Company
4141 E. Riverdale Avenue
Anaheim, California 92807

Lee & Ko lP
Hanjin Building, 63 Namdaemun-ro
Jung-gu Seoul,  4532

Hector Martinez, RegAgt/CEO
Lfs, Inc.
8204 Allport Avenue
Santa Fe Springs, California 90670

J. Michael Edenfield, CEO
Logility, Inc.
470 East Paces Ferry Road
Atlanta, Georgia 30305

Mr. Manikam Ramaswami, Proprietor
Loyal Textile Mills Ltd
New No.83, First Main Road
R.A. Puram, Chennai, Tamilnadu,  600 028

Legalzoom.com, Inc.
101 North Brand Blvd., 11th Floor
Glendale, California 91203

R. Stephen McNeill, Esq.
Potter Anderson & Corroon LLP
1313 N. Market St., Hercules Pl. 6th Fl.
P.O. Box 951
Wilmington, Delaware 19899-0951

Maria Milano, Esq.
Fox Rothschild LLP
Safeco Plaza - Suite 4500
1001 Fourth Avenue
Seattle, Washington 98154-1192

Mustafa Sabri Unluturk
Mustafa Sabri Unluturk
Ekoten Textil San. Ve Tic Inc.
Cemal Umur Cad. No: 4
Torbali, Izmir,  35860

Annie Tuong Oanh Truong, RegAgt/Officer
Navivision LLC
11047 Ice Skate Place
San Diego, California 92126

Morgan Lynch, RegAgt/CEO
Needle, Inc.
14864 Pony Express Road
Bluffdale, Utah 84065

Nico N. Tabibi, Esq.
Law Office of Nico Tabibi
9454 Wilshire Blvd., Ph. 14
Beverly Hills, California 90212-2930

Orta Anadolu
Cumhuriyet Cad. No. 155/5
Harbiye Istanbul,  34373

Yaron Galai, RegAgt/CEO
Outbrain Inc.
39 West 13th Street, 3rd Floor
New York, New York 10011

Lesly Gissell Peralta, RegAgt/Officer
Paul's Cutting & Fusing, Inc.
6720 McKinley Avenue
Los Angeles, California 90001

Ramiro Cuellar, Principal
PCI & Associates
1335 West 149th Street
Gardena, California 90247

Michael C. Jones, CEO
Pepperjam LLC
7 South Main Street
3rd Floor
Wilkes Barre, Pennsylvania 18701

Jack Zahran, CEO
Pinkerton Consulting & Investigations Inc.
9 Campus  Drive
Parsippany, New Jersey 7054

Lei Lei Wang Ekvall, Esq.
Smiley Wang-Ekvall, LLP
3200 Park Center Drive, Suite 250
Costa Mesa, California 92626

Xiang Gu, CEO
Prosperity Textile (USA), Inc.
833 Broadway, Apartment 5
New York, New York 10003

Robert H. Steele, RegAgt/President
Quadrant 4 System Corporation fdba
Quadrant 4 Solutions, Inc.
1501 E. Woodfield Road, Suite 205 South
Schaumburg, Illinois 60173

Su Kyung Kim, RegAgt/Officer
R & R Textile, LLC
8122 Maie Avenue
Unit C
Los Angeles, California 90001

Jagdeep Signh, Governor
Regency Meridian, LLC
1111 Broadway, #1400
Oakland, California 94607

Paul D. Moak, Esq.
McKook Smith PC
600 Travis Street, Suite 7000
Houston, Texas 77002

Sommer Ross, Esq.
Duane Morris LLP
222 Delaware Avenue, Suite 1600
Wilmington, Delaware 19801

Anthony F. Giuliano, Esq.
Pryor & Mandelup, LLP
675 Old Country Road
Westbury, New York 11590

Jose Carlos Ortiz, RegAgt/President
Shai-Tex Inc.
11550 Wright Road
Lynwood, California 90262

Kee Jun Lee, President
Silla America, Inc.
1600 East 25th Street
Los Angeles, California 90011

Benjamin Kiss, Esq.
FISCHER, ZISBLATT & KISS
1901 Avenue of the Stars, Suite 1100
Los Angeles, California 90067

Bryan P. Wynen, RegAgt/President
Springwise Facility Management, Inc.
1822 South Bend Avenue
South Bend, Indiana 46637

Deborah Swenson, Esq.
Lommen Abdo, P.A.
920 Second Avenue South
1000 International Centre
Minneapolis, Minnesota 55402

Mickee M. Hennessy, Esq.
Westerman Ball Ederer Miller Zucker & Sharfstein, LLP
1201 RXR Plaza
Uniondale, New York 11556

Holly Smith Miller, Esq.
Gellert Scali Busenkell & Brown, LLC
The Curtis Center
601 Walnut Street, Suite 750 West
Philadelphia, Pennsylvania 19106

Daren M. Schlecter, Esq.
Law Office of Daren M. Schlecter, A Prof. Corp.
1925 Century Park East, Suite 830
Los Angeles, California 90067

Thomas Francella, Jr., Esq.
Whiteford Taylor Preston LLC
Renaissance Centre; 405 King Street, Ste. 500
Wilmington, Delaware 19801

Cort Johnson, CEO/President
TagTime USA, Inc.
4601 District Boulevard
Vernon, California 90058

Geoff M. Perry, Reg Agent
TagTime USA, Inc.
4601 District Boulevard
Vernon, California 90058

Helen MacKinnon, RegAgt/President
Technical Connections, Inc.
6701 Center Drive West, Suite 825
Los Angeles, California 90045

Stephen Dexter, Esq.
Lathrop & Gage LLP
1515 Wynkoop Street, Suite 600
Denver, Colorado 80202

David A. Abadir, Esq.
T-Mobile
Corporate Counsel, Legal Affairs
12920 Southeast 38th Street
Bellevue, Washington 98006

David Kim, RegAgt/Officer
To Plus Alpha Inc.
14742 Beach Blvd. #232
La Mirada, California 90638

Todd Kirshenbaum, RegAgt/Oficer
Todd Kirshenbaum, Inc. dba Westside Connect
4435 Canoga Drive
Woodland Hills, California 91364

Yang Sun Moon, RegAgt/Principal
Trigen Int'l. Inc.
530 E. Euclid Avenue
Compton, California 90222

Ronald Drescher, Esq.
Drescher & Associates, P.A.
4 Resevoir Circle, Suite 107
Baltimore, Maryland 21208

Alan J. Perlman, Esq.
Dickinson Wright, PLLC
350 East Las Olas Boulevard, Suite 1750
Ft. Lauderdale, Florida 33301

Kevin A. Guerke, Esq.
Baird Mandalas Brockstedt, LLC
2961 Centerville Road, Suite 310
Wilmington, Delaware 19808

Elizabeth Uihlein, President
Uline, Inc.
12575 Uline Drive
Pleasant Prairie, Wisconsin 53158

Michael K. Slattery, Esq.
Lamb and Kawakami LLP
333 South Grande Avenue, Suite 4200
Los Angeles, California 90071

Officer/Managing Agent
V.K. Cutting Service, Inc.
8611 Otis Street
South Gate, California 90280

Hunter Brush, Esq.
Butler Snow LLP
150 3rd Avenue South, Suite 1600
The Pinnacle at Symphony Place
Nashville, Tennessee 37201

Val Tod Katz
4025 North Nob Hill Rd
Unit 205
Sunrise, Florida 33351-5811

Gregory Hauswirth, Esq.
Leech Tishman Fuscaldo & Lampl, LLC
1007 N. Orange Street, 4th Floor
Wilmington, Delaware 19801

Stuart I. Koenig, Esq.
Leech Tishman Fuscaldo & Lampl Inc.
633 West Fifth Street, 48th Floor
Los Angeles, California 90071

Vefa (Shanghai) Textile Co., Ltd.
Room 406, Building 1, No. 1217, Wuzhong Road
Minhang District
Shanghai,  201103

Brandon Han, RegAgt/CEO
Victory Road International, Inc.
615 East Alondra Boulevard
Compton, California 90220

Arshad Masood, CEO
Visionet Systems Inc.
4 Cedarbrook Drive, Bldg. B
Cranbury, New Jersey 8512

Woo Joong Kim
Wonjoon Kim
110 East 9th Street, Suite A410
Los Angeles, California 90079-1410

Jeremy Stoppelman, CEO
Yelp Inc.
140 New Montgomery Street, 9th Floor
San Francisco, California 94105