# UNITED STATES BANKRUPTCY COURT
## District of Delaware
## 824 Market Street, 3rd Floor
## Wilmington, DE 19801

| | |
|---|---|
| **In Re:** | Bankruptcy Case No.: 16–12551–BLS |
| APP Winddown, LLC, et al. | |
|     Debtor | Bankruptcy Chapter:  11 |

_____

APP Winddown, LLC, et al.

    Plaintiff                                         Adv. Proc. No.:  18–50105–BLS

    vs.

Yelp Inc.

    Defendant(s)

**JUDGMENT BY DEFAULT**

    On 10/16/18, default was entered against defendant(s) Yelp Inc.. The plaintiff has requested entry of judgment by default, has filed an affidavit of the amount due, and has stated that this/these defendant(s) is/are not in the military service. Furthermore, it appears from the record that this/these defendant(s) is/are not an infant or incompetent person. Therefore, pursuant to Fed.R.Civ.P. 55(b)(1), as incorporated by Fed.R.Bankr.P. 7055, judgment is entered against this/these defendant(s) in favor of the plaintiff as follows:

    Judgment is entered against defendant(s) Yelp Inc. in the amount of $13,590.00 plus court filing costs in the amount of $350.00.

Date: 10/16/18                                                                  _Una O'Boyle_

                                                                                   Una O'Boyle, Clerk of Court

(VAN–433b)

United States Bankruptcy Court
District of Delaware

APP Winddown, LLC, et al.,
      Plaintiff

Adv. Proc. No. 18-50105-BLS

Yelp Inc.,
      Defendant

## CERTIFICATE OF NOTICE

District/off: 0311-1      User: Sherry      Page 1 of 1      Date Rcvd: Oct 16, 2018
                      Form ID: van433b     Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 18, 2018.
pla          +APP Winddown, LLC, et al.,   747 Warehouse Street,   Los Angeles, CA 90021-1106

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
ust          +E-mail/Text: USTPRegion03.WL.ECF@USDOJ.GOV Oct 16 2018 20:46:03      U.S. Trustee,
                Office of the United States Trustee,   J. Caleb Boggs Federal Building,
                844 King Street, Suite 2207,   Lockbox 35,   Wilmington, DE 19801-3519
ust          +E-mail/Text: USTPRegion03.WL.ECF@USDOJ.GOV Oct 16 2018 20:46:03      U.S. Trustee,
                Office of United States Trustee,   J. Caleb Boggs Federal Building,
                844 King Street, Suite 2207,   Lockbox 35,   Wilmington, DE 19801-3519
                                                                                                                               TOTAL: 2

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 18, 2018                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 16, 2018 at the address(es) listed below:
           Norman Christopher Griffiths    on behalf of Plaintiff   APP Winddown, LLC, et al.
             cgriffiths@connollygallagher.com
                                                                                                           TOTAL: 1